UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 8:26-cv-00148-WLH-AGR | Date | April 14, 2026 |
|---|---|---|---|
| Title | *Tareq Hamed v. Ernesto Santacruz, Jr. et al.* | | |

Present: The Honorable    WESLEY L. HSU, United States District Judge

| Lesbith Castillo | None |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:**    **(IN CHAMBERS) ORDER DENYING EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER [6]**

The Court is in receipt of Petitioner's *Ex Parte* Application for Temporary Restraining Order (the "Application"). (Dkt. No. 6). Petitioner failed to submit a declaration under penalty of perjury and thus did not submit facts in support of the Application. The Court therefore **DENIES** the Application without prejudice.

If Petitioner chooses to file a renewed Application, Petitioner must also file a separate, written declaration made under penalty of perjury that sets forth specific facts based on personal knowledge that supports his claim for immediate release. Argument alone is insufficient as the declaration itself constitutes the evidentiary basis that permits the Court to consider any future request. Without an accompanying declaration, the Court will not consider any future request. Additionally, it appears to the Court that Petitioner is requesting a collateral attack over his Section 1225(b)(1) mandatory detention or the Section 1226(a) Bond Order. If Petitioner chooses to file a renewed

///

///

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Application, Petitioner must demonstrate a proper basis to allow this Court to make a ruling as the Court does not have jurisdiction to consider the collateral attack presently set forth by Petitioner.

**IT IS SO ORDERED.**