UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| TAREQ HAMED,<br><br>           Petitioner,<br><br>      v.<br><br>ERNESTO SANTACRUZ, JR., et al.,<br><br>           Respondents. | Case No. 8:26-cv-00148-WLH-JDE<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Petition for Writ of Habeas Corpus (Dkt. 1, "Petition"); the Court's denial of Petitioner's Application for Temporary Restraining Order (Dkt. 8); the Answer to the Petition (Dkt. 9), Petitioner's Reply (Dkt. 10), and the Report and Recommendation of the magistrate judge (Dkt. 12, "Report"). As not party filed any objection to the Report, the Court accepts the findings and recommendation of the magistrate judge.

IT IS THEREFORE **ORDERED** that Judgment be entered:

1. Granting the Petition, in part, with Respondents **ORDERED** to:

    (a) hold an individualized <u>Rodriguez</u> bond hearing for Petitioner before an immigration judge within seven (7) days of this Order at which the government shall bear the burden of proof by clear and convincing evidence that Petitioner is a flight risk or danger to the community, with instructions that the immigration judge provide a reasoned decision if bond is denied; OR (b) release Petitioner if no such hearing is provided within seven days; and **(A# 219-268-447)**

2. Denying all other relief sought by the Petition without prejudice.

Dated: June 29, 2026

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

2