UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| TAREQ HAMED,<br><br>   Petitioner,<br><br>  v.<br><br>ERNESTO SANTACRUZ, JR., et al.,<br><br>   Respondents. | Case No. 8:26-cv-00148-WLH-JDE<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The Petition is granted, in part, with Respondents **ORDERED** to: (a) hold an individualized <u>Rodriguez</u> bond hearing for Petitioner before an immigration judge within seven (7) days of this Order at which the government shall bear the burden of proof by clear and convincing evidence that Petitioner is a flight risk or danger to the community, with instructions that the immigration judge provide a reasoned decision if bond is denied; OR (b) release Petitioner if no such hearing is provided within seven days; and **(A# 219-268-447)**

2. Except as otherwise ordered, the Petition is denied in all other respects without prejudice.

Dated: June 29, 2026

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

2